**UNITED STATES of America,**

v.

**Rafael GERMAN Appellant.**

No. 03–3420.

United States Court of Appeals,
Third Circuit.

Submitted Pursuant to Third Circuit
LAR 34.1(a) April 15, 2004.

Decided April 19, 2004.

George S. Leone, Office of United States
Attorney, Newark, NJ, Glenn J. Moramar-
co, Office of United States Attorney, Cam-
den, NJ, for Appellee.

Annette Verdesco, Pope, Bergrin & Ver-
desco, Newark, NJ, for Appellant.

Before RENDELL, STAPLETON, and
LAY,* Circuit Judges.

OPINION OF THE COURT

STAPLETON, Circuit Judge.

Appellant Rafael German pled guilty,
pursuant to a plea agreement, to conspira-
cy to distribute, and possess with intent to
distribute, more than 500 grams of cocaine.

---

* Hon. Donald P. Lay, United States Circuit
Judge for the Eighth Circuit, sitting by desig-   nation.

He was sentenced to 70 months of imprisonment.

■ German argues that the District Court erred in sentencing him for between five and fifteen kilograms of cocaine. However, in his plea agreement German agreed to stipulate as follows at sentencing:

> The applicable guideline is § 2D1.1. This guideline carries a Base Offense Level of thirty-two, pursuant to § 2D1.1(a)(3) and (c)(4), because the offense involved at least five kilograms but less than fifteen kilograms of cocaine.

Appellee's Supp.App. at 6.

■ Moreover, even if German were permitted to challenge the stipulated drug quantity, the District Court would not have been clearly erroneous in finding that German was responsible for between five and fifteen kilograms of cocaine. He and his co-conspirators agreed to sell seven kilograms of cocaine to an undercover officer, and the two kilograms that were actually delivered represented the first of three installments in the drug deal. As German's Pre–Sentence Report noted, "[a]ll the other defendants agreed that the object of this conspiracy was for the distribution of seven kilograms of cocaine." PSR at 20; *see also* PSR at ¶ 23 ("German agreed to provide Rodriguez with the cocaine in installments. He would first give him two kilograms, then another two kilograms and finally three kilograms.").

The judgment of the District Court will be affirmed.